## Exhibit A
## Statement of Claim
## Plaintiff Jean Edouard Henriquez

**Unpaid Overtime**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Weekly Amount Earned[1] | Average Weekly Amount Paid[1] | Total Unpaid Overtime | Total Liquidated Damages |
|---|---|---|---|---|---|---|
| 4/1/10 - 12/31/11 | 91.43 | 48 | $ 534.41 | $ 462.15 | $ 6,606.86 | $ 6,606.86 |
| | | | | | $ 6,606.86 | $ 6,606.86 |

**Unpaid Commissions**

| Period[1] | Weeks[1] | Average Weekly Uncredited Hours Billed[1] | Hourly Commission For Billable Hours[1] | Average Weekly Unpaid Commission[1] | Total Unpaid Commissions[1] |
|---|---|---|---|---|---|
| 4/1/10 - 12/31/11 | 91.43 | 3 | $ 45.00 | $ 135.00 | $ 12,342.86 |
| 1/1/11 - 7/8/11 | 27.00 | 3 | $ 45.00 | $ 135.00 | $ 3,645.00 |
| 7/9/11 - 5/10/12 | 43.86 | 3 | $ 20.00 | $ 60.00 | $ 2,631.43 |
| 5/11/12 - 6/7/12 | 4.00 | 0 | $ - | $ - | $ - |
| 6/8/12 - 10/4/12 | 17.00 | 3 | $ 20.00 | $ 60.00 | $ 1,020.00 |
| | | | | | $ 19,639.29 |

|   |   |
|---|---|
| Total Unpaid Overtime = | $ 6,606.86 |
| Total Liquidated Damages = | $ 6,606.86 |
| Total Unpaid Commissions = | $ 19,639.29 |
| Total Damages = | $ 32,853.00 |

[1] Numbers are averages, estimates, and/or approximates. Time and payroll records are in the possession and/or control of Defendants. The amount of damages claimed in this Damages Calculation, and the amount of damages claimed in the Complaint, may change as information is uncovered through the discovery process.