# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

JEAN EDOUARD HENRIQUEZ,

        Plaintiff,

v.

TOTAL BIKE, LLC D/B/A DUCATIMIAMI,
DESMOTORI, LLC D/B/A DUCATIMIAMI,
DAVID SEGUIA SIFONTES A/K/A
DAVID SEGUIAS,

        Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

To:    Defendant:    TOTAL BIKE, LLC D/B/A DUCATIMIAMI
        Registered Agent: FRANCISCO GONZALEZ
                         2525 PONCE DE LEON BOULEVARD.
                         MIAMI, FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elliot Kozolchyk, Esquire
Koz Law, P.A.
80 S.W. 8th Street, Suite 2000
Miami, Florida 33130

Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

JEAN EDOUARD HENRIQUEZ,

        Plaintiff,

v.

TOTAL BIKE, LLC D/B/A DUCATIMIAMI,
DESMOTORI, LLC D/B/A DUCATIMIAMI,
DAVID SEGUIA SIFONTES A/K/A
DAVID SEGUIAS,

        Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:    Defendant:    DESMOTORI, LLC D/B/A DUCATIMIAMI.
        Registered Agent: CORPORATE CREATIONS NETWORK, INC.
        11380 PROSPERITY FARMS ROAD #221E
        PALM BEACH GARDENS, FL. 33410

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Elliot Kozolchyk, Esquire
    Koz Law, P.A.
    80 S.W. 8th Street, Suite 2000
    Miami, Florida 33130

Phone:  (786) 924-9929
Fax:    (786) 358-6071
Email:  ekoz@kozlawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

JEAN EDOUARD HENRIQUEZ,

        Plaintiff,

v.

TOTAL BIKE, LLC D/B/A DUCATIMIAMI,
DESMOTORI, LLC D/B/A DUCATIMIAMI,
DAVID SEGUIA SIFONTES A/K/A
DAVID SEGUIAS,

        Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:      Defendant:   DAVID SEGUIAS SIFONTES D/B/A DAVID SEGUIAS
            Address:     10770 NW 66 STREET, APT. 110
                          MIAMI, FL. 33178

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Elliot Kozolchyk, Esquire
        Koz Law, P.A.
        80 S.W. 8th Street, Suite 2000
        Miami, Florida 33130

        Phone:  (786) 924-9929
        Fax:    (786) 358-6071
        Email:  ekoz@kozlawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.